UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KAELEE ANNE NORWALT, <br><br> Plaintiff, <br><br> v. <br><br> ALLEN COUNTY JAIL, <br><br> Defendant. | CAUSE NO. 1:24-CV-566 DRL-AZ |

<u>OPINION AND ORDER</u>

Kaelee Anne Norwalt, a prisoner without a lawyer, filed a complaint. ECF 1. "A document filed *pro se* is to be liberally construed, and a *pro se* complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (quotations and citations omitted). Under 28 U.S.C. § 1915A, the court still must review the merits of a prisoner complaint and dismiss it if the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against an immune defendant.

Mr. Norwalt alleges that, while on suicide watch from November 7, 2024 through November 12, 2024, she was subjected to harsh conditions of confinement. She also claims that her due process rights were violated. She sued the Allen County Jail. It is a building, not a "person" or policymaking body that can be sued for constitutional violations under 42 U.S.C. § 1983. *Smith v. Knox County Jail*, 666 F.3d 1037, 1040 (7th Cir. 2012).

This complaint does not state a claim for which relief can be granted. If Ms. Norwalt believes she can state a claim based on (and consistent with) the events described in this complaint, she may file an amended complaint because "[t]he usual standard in civil cases is to allow defective pleadings to be corrected, especially in early stages, at least where amendment would not be futile." *Abu-Shawish v. United States*, 898 F.3d 726, 738 (7th Cir. 2018). To file an amended complaint, she needs to write this cause number on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form, which is available from her law library. She needs to write the word "Amended" on the first page above the title "Prisoner Complaint" and send it to the court after she properly completes the form.

For these reasons, the court:

(1) GRANTS Kaelee Anne Norwalt until **May 28, 2025**, to file an amended complaint; and

(2) CAUTIONS Kaelee Anne Norwalt if she does not respond by the deadline, this case will be dismissed under 28 U.S.C. § 1915A without further notice because the current complaint does not state a claim for which relief can be granted.

SO ORDERED.

April 28, 2025                    *s/ Damon R. Leichty*
                                  Judge, United States District Court