UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| KAELEE ANNE NORWALT, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:24-CV-566-DRL-AZ |
| ALLEN COUNTY JAIL, | |
| Defendant. | |

OPINION AND ORDER

Kaelee Anne Norwalt, a prisoner without a lawyer, filed an amended complaint. ECF 8. Pursuant to N.D. Ind. L.R. 7-6, the court requires he use the **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form. Norwalt did not use the required form. She will be granted an opportunity to refile her amended complaint using the correct form.

For these reasons, the court:

(1) STRIKES Kaelee Anne Norwalt's Amended Complaint (ECF 8);

(2) DIRECTS the clerk to place this cause number on a blank **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form and send it to Kaelee Anne Norwalt;

(3) GRANTS Kaelee Anne Norwalt until **May 28, 2025**, to file an amended complaint on the form provided; and

(4) CAUTIONS Kaelee Anne Norwalt that, if she does not respond by the deadline, this case may be dismissed under 28 U.S.C. § 1915A without further notice because the current complaint does not state a claim for which relief can be granted.

SO ORDERED on May 2, 2025

s/ Abizer Zanzi
MAGISTRATE JUDGE ABIZER ZANZI
UNITED STATES DISTRICT COURT